**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON M. SIMPKINS, | Case No. EDCV 16-744-BRO (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. HOLLAND, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 29, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge